570

400 A.2d 608

Commonwealth v. Halpine, Appellant.

Submitted September 12, 1977. Thomas J. Mullaney, Jr., for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 608

Commonwealth v. Heffentrager, Appellant.

Argued December 6, 1978. Mark S. Fridkin, for appellant; Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.